**Order issued October 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-15-00229-CR
_____

### KENDRICK MICHAEL DAVIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justice Lang-Miers, Brown, and Schenck

Based on the Court's opinion of this date, we **GRANT** the August 4, 2015 motion of Riann C. Moore for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Riann C. Moore as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Kendrick Michael Davis, TDCJ No. 1984310, Sanchez State Jail, 3901 State Jail Road, El Paso, Texas, 79938-8456.

/David J. Schenck/            
DAVID SCHENCK
JUSTICE